IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-757-BO

| | |
|---|---|
| SHERYL WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CONSENT ORDER** |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the

parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent

Order and Defendant has executed this Consent Order, by and through the undersigned Assistant

United States Attorney; and it appearing that the parties have agreed that the Commissioner of

Social Security should pay the sum of $3,607.50 for attorney fees and costs arising under the

Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the

sum of $3,607.50, sent to Plaintiff's Counsel's office address in full satisfaction of any and all

claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is

dismissed with prejudice.

This __6__ day of __May__, 2014.

United States District Judge